UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ROMA TORRE, KRISTEN SHAUGHNESSY, JEANINE RAMIREZ, VIVIAN LEE and AMANDA FARINACCI, | : : : : | 19-cv-05708 (JMF)(OTW) |
| Plaintiffs, | : : | **ECF CASE** |
| -against- | : : : | **NOTICE OF MOTION TO DISMISS COMPLAINT** |
| CHARTER COMMUNICATIONS, INC. d/b/a/ SPECTRUM, | : : : | |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and all the prior pleadings and proceedings herein, Defendant Charter Communications, Inc. d/b/a/ Spectrum, by its attorneys, will move this Court, before the Honorable Jesse M. Furman, at a date and time to be determined by the Court, at the Thurgood Marshall United States Court House, 40 Foley Square, New York, NY 10007, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) granting Defendant's motion to dismiss substantially all of Plaintiffs' Complaint with prejudice and for such other relief as this Court may deem just and proper.

Dated: New York, New York
August 20, 2019

PROSKAUER ROSE LLP

 _/s/ Bettina B. Plevan_
Bettina B. Plevan
Daryl G. Leon
Eleven Times Square
New York, NY 10036
(212) 969-3000
(212) 969-2900 (Fax)

                                                bplevan@proskauer.com
                                                dleon@proskauer.com
                                                *Attorneys for Defendant*

To:    *All counsel via ECF*