UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK      X
-------------------------------------------------------------
ROMA TORRE, KRISTEN SHAUGHNESSY, :
JEANINE RAMIREZ, VIVIAN LEE and :
AMANDA FARINACCI, :
: Civil Case No.: 19-cv-05708 (JMF)
:
Plaintiffs, :
:
v. : **NOTICE OF WITHDRAWAL**
:
CHARTER COMMUNICATIONS, INC. d/b/a :
SPECTRUM, :
:
:
Defendant. :
-------------------------------------------------------------- X

     **PLEASE TAKE NOTICE** that Julia Elmaleh-Sachs hereby withdraws her appearance as counsel for Plaintiffs in the above-captioned matter, as she is no longer affiliated with the law firm Wigdor LLP, counsel of record for Plaintiffs.

Dated:  December 8, 2020
        New York, New York

                                                **WIGDOR LLP**

                                                By: _____
                                                    David E. Gottlieb

                                                85 Fifth Avenue
                                                New York, NY 10003
                                                Telephone:  (212) 257-6800
                                                Facsimile:   (212) 257-6845
                                                dgottlieb@wigdorlaw.com

                                                *Counsel for Plaintiffs*